1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  575 East Alluvial, Ste. 105
   Fresno, California  93720
3  Telephone:  (559) 449-9069
4  Facsimile:   (559) 513-8530

5  Attorney for Defendant, Max Wright

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        CASE NO.  1:14-mj-00170-SAB

12 |             Plaintiff,

13 |      v.                          DEFENDANT'S MOTION FOR BLOOD
                                      SPLIT AUTHORIZATION; ORDER
14 | MAX WRIGHT,                      THEREON

15 |             Defendant.

16

17

18      Defendant, MAX WRIGHT, through his retained attorney, CAROL ANN MOSES,

19 hereby moves the court for an order directing TRMC – Mineral King Laboratory in Tulare,

20 California to prepare a re-test portion of the blood drawn from Mr. Wright on August 16, 2014, to

21 be sent to Drug Detection Laboratories, 9700 Business Park Drive, Suite 406, Sacramento, CA

22 95827 for re-testing.  Counsel has contacted the above referenced laboratory and they have

23 indicated that they need a court order to prepare a re-test portion of Mr. Wright's blood.  Counsel

24 conferred with Special Assistant United States Attorney, BAYLEIGH PETTIGREW; and she

25 indicates she has no objection to the re-test of the blood.

26 Dated:  December 10, 2014              /s/ Carol Ann Moses
                                          CAROL ANN MOSES
27                                        Attorney for Defendant,
                                          MAX WRIGHT
28

ORDER

IT IS HEREBY ORDERED that TRMC – Mineral King Laboratory in Tulare, California shall prepare a split of Defendant, MAX WRIGHT'S blood for re-testing for Case #1:14-mj-00170-SAB. The blood split shall be sent to Drug Detection Laboratories, 9700 Business Park Drive, Suite 406, Sacramento, CA 95827. All costs incurred in the preparation of the blood split shall be borne by the defense.

IT IS SO ORDERED.

Dated: **December 10, 2014**

_____
UNITED STATES MAGISTRATE JUDGE