# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:14-mj-00170-SAB |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| MAX WRIGHT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR 4.2 incorporating CVC 23103 – Driving a Vehicle on a Highway in Willful & Wanton Disregard for the Safety of Persons and Property

**Sentence Date:** June 4, 2015

**Review Hearing Date:** June 2, 2016

**Probation Expires On:** June 7, 2017

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,310.00 which Total Amount is made up of a Fine: $ 1,300.00    Special Assessment: $  10.00   Processing Fee: $ Choose an item.    Restitution: $

☒ Payment schedule of $           per month by the           of each month.  To be paid in full by 6/30/2015.

☒ **Community Service hours Imposed of:** 70

☒ **Other Conditions:** Complete the First Time DUI Offender Program

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 1,310.00
☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
Amount:

☒ To date, Defendant has performed 71 hours of community service.

☒ Compliance with Other Conditions of Probation: Defendant Max Wright had completed an AB 541 3 month DUI Program.

### GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: */s/ Katherine A. Plante*

### DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☐ that the review hearing set for 6/2/2016 at 10:00      am

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☐ be vacated.

☒ that Defendant's appearance for the review hearing be waived.

**** ☒ that Defendant be granted early termination of probation.

DATED: 5/24/2016                        /s/ Carol Ann Moses
                                                                   DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED in part. The Court orders that the Review Hearing set for June 2, 2016 at 10:00 a.m. be continued to March 2, 2017 at 10:00 a.m. Defendant shall file a status report 2 weeks prior to the March 2 review hearing

☒ DENIED in part as to early termination without prejudice and the filing of a motion See Court's website for sample forms.

IT IS SO ORDERED.

Dated:   **May 24, 2016**                        _____
                                                                      UNITED STATES MAGISTRATE JUDGE