**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, CA  93711
Telephone:     (559) 449-9069
Facsimile:      (559) 513-8530
Attorney for Defendant, MAX WRIGHT

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAX WRIGHT,<br><br>Defendant. | CASE 1:14-mj-00170-SAB<br><br>MOTION TO TERMINATE PROBATION PURSUANT TO 18 U.S.C. § 3564(c) and ORDER |

  The Defendant, MAX WRIGHT, hereby moves pursuant to 18 U.S.C. § 3564(c) to terminate early his probation because the Defendant has satisfied all conditions of probation. Presently, the Defendant's probation is set to expire on June 7, 2017.

  Mr. Wright was sentenced by this court on June 4, 2015 to 24 months of unsupervised probation unsupervised with the following conditions of probation:  pay a $1,300 fine, $10 special assessment, complete 70 hours of community service, complete First Time DUI Offender Program through a provider approved by the California Department of Motor Vehicles, and obey all laws.

  As part of the Court's consideration for granting early termination of probation, Mr. Wright wishes the Court to know that this arrest and conviction is Mr. Wright's first (and last) violation of law; that he is a college graduate working on a Masters of Science degree in Environmental Research and even as time passes his gross mistake in judgment which led to this conviction will be reported to all potential employers in the future.  Mr. Wright wishes the Court to know that he accepted responsibility immediately, completed all the terms and conditions of probation and quit drinking alcohol as a result of this incident.

Mr. Wright completed all his sentencing obligations-paid his fine and assessment, completed his community service hours, completed the First Time DUI Offender Program and obeyed all laws.  As such, Mr. Wright hereby requests termination of his probation at this time.

Mr. Wright has a review hearing presently set for March 2, 2017 at 10:00 a.m. in Courtroom 9.  Mr. Wright also moves that the review hearing date be vacated if this motion for early termination of probation is granted.

WHEREFORE, Mr. Wright requests that his term of probation be terminated early pursuant to 18 U.S.C. § 3564(c).

DATED: July 18, 2016

/s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant
MAX WRIGHT

**ORDER**

Pursuant to Defendant, MAX WRIGHT'S, motion to terminate early his term of probation, the Court has considered the factors under 18 U.S.C. § 3553(a) to the extent applicable and is satisfied that such action is warranted by the conduct of the Defendant and that the termination is in the interest of justice and hereby discharges the Defendant from his probationary term under 18 U.S.C. § 3564(c).

The review hearing presently scheduled for March 2, 2017 at 10:00 a.m. in Courtroom 9 is hereby vacated and, if applicable, any other dates are also vacated.

IT IS SO ORDERED.

Dated:   **August 4, 2016**

UNITED STATES MAGISTRATE JUDGE

2